SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Robert.Knief@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO OCTAVIO SANCHEZ,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>Case No. 2:25-cr-0063-APG-DJA<br><br>**VIOLATION:**<br><br>18 U.S.C. § 39A –<br>Aiming a Laser Pointer at an Aircraft |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Aiming a Laser Pointer at an Aircraft*

On or about January 2, 2025, in the State and District of Nevada,

**SERGIO OCTAVIO SANCHEZ,**

defendant herein, knowingly aimed the beam of a laser pointer at and in the flight path of a

Las Vegas Metropolitan Police Department MD369FF helicopter, an aircraft in the special aircraft jurisdiction of the United States, in violation of Title 18, U.S.C., Section 39A.

DATED: this 18th day of March 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Acting United States Attorney

ROBERT KNIEF
Assistant United States Attorney