**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00063-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| SERGIO OCTAVIO SANCHEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for May 12, 2026 at 1:30 p.m., be vacated and continued to June 9, 2026 at the hour of 1:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 13th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3